**No. 09-7670. Russell Dale Mortland, Petitioner v. Texas.**

559 U.S. 1088, 130 S. Ct. 2143, 176 L. Ed. 2d 760, 2010 U.S. LEXIS 3134.

April 19, 2010. Petition for rehearing denied.

Former decision, 559 U.S. 908, 130 S. Ct. 1289, 175 L. Ed. 2d 1081, 2010 U.S. LEXIS 971.